UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.D. and N.G., individually and on behalf of their minor child R.D.,<br><br>                                Plaintiffs,<br><br>                                 v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                                Defendant. | No. 24-cv-6505 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      A Notice of Settlement was filed on November 25, 2024, wherein the parties agreed to dismiss the action with prejudice pursuant to Rule 41(a)(1)(A)(ii). *See* ECF No. 10. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    January 17, 2025
              New York, New York

                                                                 Hon. Ronnie Abrams
                                                                   United States District Judge